175 A.3d 164

DAVID SCHWARTZ, PAT IURILLI, GEORGE MANIKAS AND RAY-MOND KOHLER, PLAINTIFFS-PETITIONERS, v. BOROUGH OF HIGHLAND PARK AND SCOTT LUTHMAN, DEFEN-DANTS-RESPONDENTS.

C–307 September Term 2017
079951

November 14, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002988–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.